## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWNA E. GBOSSOU, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:24-cv-06658-JMG |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this  12th  day of August, 2025, upon consideration of Defendant's Motion to Dismiss for Lack of Jurisdiction (ECF No. 6), Plaintiff's Response in Opposition to the Motion to Dismiss for Lack of Jurisdiction (ECF No. 10), and Plaintiff's Motion for Protection (ECF No. 12), **IT IS HEREBY ORDERED** that the Motion to Dismiss (ECF No. 6) is **GRANTED** and Plaintiff's case is **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Protection (ECF No. 12) is **DENIED**.

**IT IS FURTHER ORDERED** that that the Clerk of Court is **DIRECTED** to **MAIL** a copy of this Order to Plaintiff Shawna E. Gbossou at the address listed on the docket.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

 */s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge